# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00466-CR

**Michael Lester Trubee, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
## NO. 05-864-K368, HONORABLE DONALD LEONARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due January 15, 2007. On March 28, the Court granted counsel's untimely motion for extension of time and ordered counsel to file a brief on appellant's behalf no later than April 16, 2007. Counsel did not file a brief as ordered.

The appeal is abated. The district court shall conduct a hearing to determine whether John Duer, the attorney appointed by the court, has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If Duer is not prepared to prosecute this appeal in a timely fashion, the court shall appoint substitute counsel who will effectively represent appellant on appeal. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the clerk of this Court for filing as a supplemental record no later than June 22, 2007. *See id.* Rule 38.8(b)(3).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Abated

Filed:   May 22, 2007

Do Not Publish